IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

LISTA PALMER,

      Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION, et al.,

      Defendants.

CIVIL ACTION: 2:12-cv-03422

This motion is DENIED as moot. It is so ORDERED. ENTER: 2914614236

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), Plaintiff Lista Palmer, by and through her undersigned attorneys, hereby voluntarily dismisses her complaint against the Defendant in Civil Action 2:12-cv-03422 without prejudice.

Dated: July 22, 2014

Respectfully submitted,

By: /s/ Jeffrey M. Kuntz
    Thomas P. Cartmell    MO #45366
    Jeffrey M. Kuntz    MO #52371
    WAGSTAFF & CARTMELL LLP
    4740 Grand Ave., Ste. 300
    Kansas City, MO 64112
    816-701-1100
    816-531-2372 (fax)
    **Attorneys for Plaintiff**

4834-7495-7596, v. 1